UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Patricia Mcintyre**

      Plaintiff

      v.

CIVIL ACTION NO.:
18-12141-ADB

**RentGrow Inc.**

      Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JUDGMENT**
October 8, 2021

Burroughs, D.J.

In accordance with the Memorandum and Order entered on July 16, 2021, GRANTING the Defendant's MOTION for Summary Judgment.

Judgment is entered on behalf of RentGrow Inc. This case is hereby DISMISSED.

    SO ORDERED.

                                /s/ Allison D. Burroughs
                                ALLISON D. BURROUGHS
                                United States District Judge